UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re: Marc Klein

BK Case No: 1-19-46007-CEC
Adv. Proc No: 1-20-01046-CEC

___Lisa Cohen_____,
Plaintiff

**ANSWER verified answer**

v.

___Marc Klein_____,
Defendant/Debtor
Answering the complaint
-------------------------------------------------------------X

Defendant answers Plaintiff's Complaint as follows:

1. Defendant denies paragraph #1

2. Defendant denies paragraph #2

3. Defendant denies paragraph #3

4. **Parties**

    4-1. Defendant denies without knowledge paragraph #1

    4-2. Defendant admits paragraph #2

5. **Facts common to all claims**

    5-1. Defendant denies paragraph #1

    5-2. Defendant denies paragraph #2

    5-3. Defendant denies paragraph #3

    5-4. Defendant denies paragraph #4

    5-5. Defendant denies paragraph #5

    5-6. Defendant denies paragraph #6

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2020 MAY 29 A 10: 26
RECEIVED/MR

5-7. Defendant denies paragraph #7

5-8. Defendant denies paragraph #8

5-9. Defendant denies paragraph #9

5-10. Defendant denies paragraph #10

5-11. Defendant denies paragraph #11

5-12. Defendant denies paragraph #12

5-13. Defendant denies paragraph #13

5-14. Defendant denies paragraph #14

5-15. Defendant denies paragraph #15

5-16. Defendant denies paragraph #16

5-17. Defendant denies paragraph #17

5-18. Defendant admits paragraph #18

5-19. Defendant denies paragraph #19

5-20. Defendant denies paragraph #20, in fact plaintiff Lisa Cohen was on the list as a creditor on the bankruptcy petition

5-21. Defendant denies paragraph #21

6. **First claim for relief**

6-1. Defendant denies paragraph #22

6-2. Defendant denies paragraph #23

6-3. Defendant denies paragraph #24

6-4. Defendant denies paragraph #25

6-5. Defendant denies paragraph #26

7. **Second claim for relief**

    7-1. Defendant denies paragraph #27

    7-2. Defendant denies paragraph #28

    7-3. Defendant denies paragraph #29

    7-4. Defendant denies paragraph #30

    7-5. Defendant denies paragraph #31

8. **Third claim for relief**

    8-1. Defendant denies paragraph #32

    8-2. Defendant denies paragraph #33

    8-3. Defendant denies paragraph #34

    8-4. Defendant denies paragraph #35

    8-5. Defendant denies paragraph #36

9. **Fourth claim for relief**

    9-1. Defendant denies paragraph #37

    9-2. Defendant denies paragraph #38

    9-3. Defendant denies paragraph #39

    9-4. Defendant denies paragraph #40

10. **Fifth claim for relief against defendant sadek**

    10-1. Defendant denis paragraph #41

    10-2. Defendant denis paragraph #42

    10-3. Defendant denis paragraph #43

    10-4. Defendant denis paragraph #44

    10-5. Defendant denis paragraph #45

**WHEREFORE**, Defendant states as follows:

1. Plaintiff adversary proceeding should be dismissed.

2. A Creditors meeting was held already on February 12, 2020 at 11AM

And for such other and further relief as the court deems just and proper.

DATE: May 14, 2020

_____
Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: Marc Klein

                                            BK Case No: 1-19-46007-CEC
                                            Adv. Proc No: 1-20-01046-CEC

___Lisa Cohen_____,
Plaintiff

v.                                                  **ANSWER verified answer**

___Marc Klein_____,
Defendant/Debtor

------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

The undersigned certifies that on __May 14, 2020_____,
                                             (date of mailing)
a copy of the annexed papers were served by depositing same, enclosed in a

properly addressed postage- paid envelope, in an official depository under the

exclusive care and custody of the United States Postal Service within the State

of New York, upon Avraham Frisch 4 Forest Avenue, Suite 200, Paramus, NJ 07652:

Dated:__May 14, 2020_____

_[signature]_
(signature)